## MOTION FOR APPOINTMENT OF COUNSEL AND SERVICE BY U.S. MARSHALS

Plaintiff respectfully moves this Court:

1. For appointment of pro bono counsel under 28 U.S.C. § 1915(e)(1).

2. For an order directing the United States Marshals Service to serve the Summons and Complaint pursuant to Fed. R. Civ. P. 4(c)(3).

/s/ Cheryl Baity

Cheryl Baity

Attorney-in-Fact, Primary Caregiver, and Daughter of Plaintiff

Dated: July 31, 2025