JAN 6 2026 PM 3:39
FILED - USDC - BPT - CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BETTE JEAN PLANT,
    Plaintiff,
v.
BRADFORD E. COOK, et al.,
    Defendants.

**Civil Action No. 3:25-cv-01229-OAW**

## NOTICE OF CLERK-AUTHORIZED CORRECTED COURTESY COPY

### I. BACKGROUND

On December 19, 2025, Plaintiff filed her First Amended Complaint (ECF No. 17), Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 18), and Emergency Motion to Appoint Pro Bono Counsel (ECF No. 19), together with supporting exhibits.

### II. ADMINISTRATIVE CIRCUMSTANCES AFFECTING FILING

Due to administrative circumstances on December 19, 2025, the Clerk's Office closed early, necessitating Plaintiff's use of the after-hours dropbox to submit the filings. The filing package contained multiple related documents with corresponding exhibits.

When the documents were processed and assembled for docketing, the exhibits were inadvertently placed out of order, multiple duplications occurred, and the table of contents no longer corresponded to the exhibit placement within the documents. These organizational discrepancies arose during the administrative processing of the after-hours submission, not from the materials as originally prepared and submitted.

### III. CLERK AUTHORIZATION

On January 3, 2026, Plaintiff contacted the Clerk's Office regarding these discrepancies. The Clerk's Office authorized Plaintiff to submit a corrected, clean, properly organized copy of the filings and exhibits. This corrected courtesy copy is submitted pursuant to that authorization.

### IV. SCOPE OF CORRECTIONS

The corrected courtesy copy makes only organizational corrections:
    1. Exhibits are placed in proper sequential order (A through L);
    2. Duplicate pages have been removed;
    3. Table of contents now corresponds to exhibit placement;
    4. Clear cover sheets identify each exhibit.

**No substantive content has been added, removed, or altered.** The text of the First Amended Complaint, the Emergency Motions, and all supporting exhibits remain exactly as filed on December 19, 2025.

## V. RELATION BACK AND TIMELINESS

All claims, arguments, and exhibits in this corrected courtesy copy relate back to and are timely as of the original filing date of December 19, 2025. The PACER versions (ECF Nos. 17, 18, and 19) remain the official court records.

## VI. ACCOMPANYING DOCUMENTATION

This Notice is accompanied by:

1. Declaration of Cheryl R. Baity (confirming no substantive changes);
2. Exhibit Reconciliation Chart (documenting the source of each page);
3. Corrected Courtesy Copies of ECF Nos. 17, 18, and 19 with properly organized exhibits.

## VII. REQUEST

Plaintiff respectfully requests that the Court docket this Notice to memorialize the Clerk's authorization and the submission of the corrected courtesy copies.

Dated: January 6, 2026

                                            Respectfully submitted,

                                            */s/ Cheryl R. Baity*
                                            Cheryl R. Baity
                                            Next Friend of Plaintiff Bette Jean Plant
                                            [Address]
                                            [City, State ZIP]
                                            [Phone]
                                            [Email]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BETTE JEAN PLANT,
    Plaintiff,
v.
BRADFORD E. COOK, et al.,
    Defendants.

Civil Action No. 3:25-cv-01229-OAW

## DECLARATION OF CHERYL R. BAITY

I, Cheryl R. Baity, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

**1.** I am the Next Friend, Power of Attorney, and Conservator for Plaintiff Bette Jean Plant in the above-captioned matter. I have personal knowledge of the facts stated herein.

**2.** On December 19, 2025, I prepared and submitted the following documents for filing: the First Amended Complaint (now ECF No. 17), Emergency Motion for Temporary Restraining Order and Preliminary Injunction (now ECF No. 18), and Emergency Motion to Appoint Pro Bono Counsel (now ECF No. 19), together with supporting exhibits.

**3.** Due to the Clerk's Office closing early on December 19, 2025, I was required to submit these filings through the after-hours dropbox.

**4.** When the documents were subsequently processed and assembled for docketing, the exhibits were placed out of order, multiple duplications occurred, and the table of contents no longer corresponded to the exhibit placement. These discrepancies are evident in the PACER versions of the filings.

**5.** On January 3, 2026, I contacted the Clerk's Office regarding these organizational discrepancies. The Clerk's Office authorized me to submit corrected, clean, properly organized copies of the filings and exhibits.

**6.** The corrected courtesy copies submitted herewith contain the following organizational corrections only:

    a. Exhibits placed in proper sequential order;
    b. Duplicate pages removed;
    c. Table of contents aligned with exhibit placement;
    d. Clear cover sheets identifying each exhibit.

**7. I certify that no substantive content has been added, removed, or altered.** The text of the First Amended Complaint, the Emergency Motions, and all supporting exhibits in the corrected courtesy copies are identical in substance to what was filed on December 19, 2025.

**8.** The accompanying Exhibit Reconciliation Chart documents the PACER source page for each item in the corrected copy, providing a complete audit trail.

**9.** I understand that a false statement in this Declaration is punishable under 18 U.S.C. § 1621.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2026

                                                  _/s/ Cheryl R Baity_
                                                  Cheryl R Baity
                                                  Next Friend of Plaintiff Bette Jean Plant

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

*Bette Jean Plant v. Bradford E. Cook, et al.*
### Civil Action No. 3:25-cv-01229-OAW

# EXHIBIT DISCREPANCY SUMMARY

Document 17 (First Amended Complaint) — Filed December 19, 2025

This summary identifies discrepancies between the intended exhibit organization and how the materials appear in the PACER version of Document 17. When the filing package was processed for upload, the scanning sequence resulted in exhibits being captured multiple times and in non-sequential order. This created organizational challenges that this corrected courtesy copy addresses.

## 1. NATURE OF THE DISCREPANCIES

The PACER version contains the following organizational issues:

| Issue | Location in PACER | Explanation |
|---|---|---|
| Duplicate FAC | Pages 5-13 AND 16-30 | Complaint was scanned twice in sequence |
| Multiple Exhibit C covers | Pages 72, 80, 82, 151, 161 | Same cover sheet captured at multiple points |
| Trust documents repeated | Pages 83-97 AND 162-175 | Same trust instrument scanned twice |
| Exhibit labels skip | Jumps from D to I | Exhibits E, F, G, H placed elsewhere in sequence |
| Cook Petition repeated | Pages 63-71 AND 138-150 | Same petition captured in two locations |
| Duplicate block | Pages 151-176 | Entire section repeats earlier content |

## 2. WHAT CAUSED THIS

When the original filing package was prepared, it contained the First Amended Complaint followed by Exhibits A through L in proper sequence. During the scanning and upload process, the document feeder appears to have captured pages multiple times, resulting in duplicate content being interspersed throughout the final uploaded version.

This was a mechanical issue with the scanning sequence—not a problem with the underlying documents themselves. All intended content was captured; it simply appears in a duplicated and non-sequential order.

## 3. WHAT THE CORRECTED COPY DOES

The corrected courtesy copy:

- Removes duplicate pages (reduces 202 pages to approximately 85 pages)

- Places exhibits in proper A through L sequence
- Uses single, clear cover sheets for each exhibit
- Does NOT add, remove, or alter any substantive content
- Is accompanied by a page-by-page Reconciliation Chart documenting exactly where each item originated

## 4. CERTIFICATION

The accompanying Declaration of Cheryl R. Baity confirms under penalty of perjury that no substantive changes have been made. The PACER version remains the official court record; this corrected copy is submitted solely to assist the Court and parties in reviewing the materials in proper order.

Dated: January 6, 2026

                                            Respectfully submitted,

                                            _____

                                            Cheryl R. Baity
                                            Next Friend of Plaintiff Bette Jean Plant

# EXHIBIT RECONCILIATION CHART

Plant v. Cook, Civil Action No. 3:25-cv-01229-OAW
Document 17 — First Amended Complaint
Filed December 19, 2025

## PURPOSE

This chart documents exactly where each item in the Corrected Courtesy Copy originates from the PACER filing. It provides page-by-page proof that no content has been added, removed, or altered.

## INSTRUCTIONS

1. PHOTOCOPY pages from PACER document. Do NOT disassemble the original.
2. Use the clean exhibit cover sheets from the Google Doc for each exhibit.
3. Check off (✓) each item as you add it to the corrected copy.
4. Skip all pages marked in RED — these are duplicates.

## COLOR KEY

| | |
|---|---|
| **GREEN** | COPY this page/section |
| **RED** | SKIP — this is a duplicate |
| **YELLOW** | Use cover sheet from Google Doc |

## CERTIFICATION

I certify that I assembled the Corrected Courtesy Copy using ONLY the source pages indicated in this Reconciliation Chart. No content was added, removed, or altered.

Signature: _____   Date: _____

# RECONCILIATION CHART

## FIRST AMENDED COMPLAINT

| ☐ | PACER | Content | Action |
|---|---|---|---|
| ☐ | 5-13 | First Amended Complaint (9 pages) | COPY |
| ☐ | 16-30 | FAC (DUPLICATE) | SKIP |

## EXHIBIT A — JCC Complaint

| ☐ | PACER | Content | Action |
|---|---|---|---|
| ☐ | Google Doc | Exhibit A Cover Sheet | INSERT COVER |
| ☐ | 41-47 | JCC Complaint materials | COPY |
| ☐ | 126 | JCC Dismissal Letter | COPY |

## EXHIBIT B — Cook Verified Petition

| ☐ | PACER | Content | Action |
|---|---|---|---|
| ☐ | Google Doc | Exhibit B Cover Sheet | INSERT COVER |
| ☐ | 63-71 | Cook Petition (pages 1-9) | COPY |
| ☐ | 146-150 | Cook Petition (pages 10-14) | COPY |
| ☐ | 138-145 | Cook Petition (DUPLICATE) | SKIP |

## EXHIBIT C — Original Trust Documents

| ☐ | PACER | Content | Action |
|---|---|---|---|
| ☐ | Google Doc | Exhibit C Cover Sheet | INSERT COVER |
| ☐ | 162-172 | David W. Plant 2002 Trust | COPY |
| ☐ | 173 | First Amendment to Trust | COPY |
| ☐ | 174-175 | Second Amendment to Trust | COPY |
| ☐ | 177-179 | Will of David W. Plant | COPY |
| ☐ | 181-183 | Estate Administration Petition | COPY |
| ☐ | 72,80,82,151,161 | Exhibit C covers (5 DUPLICATES) | SKIP ALL |
| ☐ | 83-97 | Trust docs (DUPLICATE) | SKIP |
| ☐ | 152-176 | Trust provisions (DUPLICATE) | SKIP ALL |

## EXHIBIT D — Forged/Altered Trust Language

| ☐ | PACER | Content | Action |
|---|---|---|---|
| ☐ | Google Doc | Exhibit D Cover Sheet | **INSERT COVER** |
| ☐ | 48-49 | Side-by-side trust comparison | **COPY** |
| ☐ | 193-194 | Trust comparison (DUPLICATE) | SKIP |

## EXHIBIT E — Cook Email Denying Marital Trust

| ☐ | PACER | Content | Action |
|---|---|---|---|
| ☐ | Google Doc | Exhibit E Cover Sheet | **INSERT COVER** |
| ☐ | 196 | Cook email (May 2024) | **COPY** |
| ☐ | 197 | Sheehan Phinney letter (Sept 2021) | **COPY** |

## EXHIBIT F — Ledyard Distribution Records

| ☐ | PACER | Content | Action |
|---|---|---|---|
| ☐ | Google Doc | Exhibit F Cover Sheet | **INSERT COVER** |
| ☐ | 180 | Ledyard statement Sept 2021 | **COPY** |
| ☐ | 199-201 | Distribution records exhibit | **COPY** |

## EXHIBITS G-L — From CRB Files

*These exhibits are not in PACER Doc 17. Locate from CRB files.*

| Ex | Title | Source |
|---|---|---|
| G | 2021 Court Orders Directing Distributions | CRB Files |
| H | Order Suspending Co-Trustee (Dec 2023) | CRB Files |
| I | Feb 4, 2024 Hearing Transcript | PACER 31-33 or CRB Files |
| J | $19,220 Sanctions Order (Feb 2025) | CRB Files |
| K | Phantom Income Tax Docs (1041/K-1) | CRB Files |
| L | Government/Regulatory Notifications | CRB Files |

## ALL DUPLICATE PAGES TO SKIP

- Pages 14-15 (misplaced cover letter)
- Pages 16-30 (duplicate FAC)
- Pages 72, 77, 80, 82 (duplicate covers)
- Pages 83-97 (duplicate trust docs)
- Pages 102-103 (duplicate summary)
- Pages 138-145 (duplicate Cook petition)
- **Pages 151-176 (ENTIRE SECTION duplicate)**
- Pages 184-191 (duplicate summaries)
- Pages 192-194 (duplicate Exhibit D)