# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETTE JEAN PLANT, ET AL. | CASE NO.: 3:25-cv-01229-OAW |
| Plaintiffs, | |
| v. | |
| BRADFORD E. COOK, ET AL., | **NOTICE OF APPEARANCE** |
| Defendants. | |
| | JANUARY 13, 2026 |

_____

**TO: Clerk, United States District Court, District of Connecticut**

Dear Clerk of the Court:

    Please enter my appearance on behalf of the following party:

- Defendant, Baker Newman Noyes, LLC

I hereby certify that I am admitted to practice before this Court.

    Respectfully submitted.

DEFENDANT,
BAKER NEWMAN NOYES, LLC

By:   /s/ *Ryan H. Giggi, Esq.*
    Ryan H. Giggi (ct31885)
    FREEMAN, MATHIS & GARY, LLP
    185 Asylum St., 6th Floor
    Hartford CT 06103
    Phone: 617-963-5982
    ryan.giggi@fmglaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BETTE JEAN PLANT, ET AL. | CASE NO.: 3:25-cv-01229-OAW |
| Plaintiff, | |
| v. | |
| BRADFORD E. COOK, ET AL., | **NOTICE OF APPEARANCE** |
| Defendants. | |
| _____ | JANUARY 13, 2026 |

    I hereby certify that on January 13, 2026, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                      /s/ *Ryan H. Giggi*
                                                Ryan H. Giggi
                                                Fed. Bar No. ct31885