# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

BETTE JEAN PLANT, ET AL.,

V.

BRADFORD E. COOK, ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:25–CV–01229–OAW

TO: **Baker Newman Noyes, LLC, Bradford E. Cook, Ledyard National Bank, Susan M. Renaud, Sheehan Phinney Bass & Green, P.A.**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Bette Jean Plant by and through her Next Friend, Cheryl R. Baity**
**77 West Ave.**
**Darien, CT 06820**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ – S Denault
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2026–01–08 11:07:10, Clerk USDC CTD

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) **Susan M. Renaud**
was received by me on (date) **Jan. 09, 2026**.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) **Grady George Its Ledyard Bank**, who is
designated by law to accept service of process on behalf of (name of organization)
**Ledyard Bank and Susan Renaud** on (date) **01/09/2026** ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other (specify) _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **01/13/2026**

Before me 1/13/26

Joshua Collins
Notary
Exp 1/31/27

[Notary seal: JOSHUA COLLINS NOTARY, COMMISSION No. 157.0012918, STATE OF VERMONT PUBLIC]

Servers signature

**Sarah Sieber**
Printed name and title

**37 Pine Pl Burlington, VT**
Servers address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BETTE JEAN PLANT, ET AL.,

V.

BRADFORD E. COOK, ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **3:25–CV–01229–OAW**

TO: **Baker Newman Noyes, LLC, Bradford E. Cook, Ledyard National Bank, Susan M. Renaud, Sheehan Phinney Bass & Green, P.A.**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Bette Jean Plant by and through her Next Friend, Cheryl R. Baity**
**77 West Ave.**
**Darien, CT 06820**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – **S Denault**
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2026–01–08 11:07:10**, Clerk USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ledyard National Bank__
was received by me on *(date)* __Jan. 09, 2026__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Grady George Its Ledyard Bank__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__Ledyard National Bank__ on *(date)* __01/09/2026__ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: __01/13/2026__

Before me 1/13/26

Joshua Collins
Notary
Exp 1/31/27

[Seal: JOSHUA COLLINS NOTARY COMMISSION No. 157.0012918 PUBLIC STATE OF VERMONT]

_____
Servers signature

__Sarah Sieber__
Printed name and title

__37 Pine Pl Burlington, VT__
Servers address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BETTE JEAN PLANT, ET AL.,

V.

BRADFORD E. COOK, ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:25–CV–01229–OAW

TO: **Baker Newman Noyes, LLC, Bradford E. Cook, Ledyard National Bank, Susan M. Renaud, Sheehan Phinney Bass & Green, P.A.**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Bette Jean Plant by and through her Next Friend, Cheryl R. Baity**
**77 West Ave.**
**Darien, CT 06820**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ – S Denault
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2026-01-08 11:07:10**, Clerk USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sheehan Phinney Bass & Green
was received by me on *(date)* Jan. 09, 2026.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Bradford Cook, who is
designated by law to accept service of process on behalf of *(name of organization)* 
Sheehan Phinney Bass & Green on *(date)* 01/09/2026; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____

My fees are $_____ for travel and $_____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: 01/13/2026

Before me 1/13/2026

Joshua Collins
Notary
Exp 1/31/2027

[Notary Seal: Joshua Collins, Notary, Commission No. 157.0012918, Public, State of Vermont]

Servers signature

Sarah Sieber
Printed name and title

37 Pine Pl Burlington, VT
Servers address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BETTE JEAN PLANT, ET AL.,

V.

BRADFORD E. COOK, ET AL.,

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:25-CV-01229-OAW

TO: **Baker Newman Noyes, LLC, Bradford E. Cook, Ledyard National Bank, Susan M. Renaud, Sheehan Phinney Bass & Green, P.A.**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Bette Jean Plant by and through her Next Friend, Cheryl R. Baity**
**77 West Ave.**
**Darien, CT 06820**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – S Denault

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2026-01-08 11:07:10**, Clerk USDC CTD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Bradford Cook Esq__
was received by me on *(date)* __Jan. 09, 2026__.

☒ I personally served the summons on the individual at *(place)* __Sheehan Phinney__
__1000 Elm St. Manchester, NH #1700__ on *(date)* __01/09/2026__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: __01/13/2026__

Before me 1/13/2026
Joshua Collins
Notary
Exp 1/31/2027

[Notary seal: JOSHUA COLLINS NOTARY COMMISSION No. 157.0012918 PUBLIC STATE OF VERMONT]

_____
Servers signature

__Sarah Sieber__
Printed name and title

__37 Pine Pl Burlington, UT__
Servers address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BETTE JEAN PLANT, ET AL.,

V.

BRADFORD E. COOK, ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **3:25-CV-01229-OAW**

TO: **Baker Newman Noyes, LLC, Bradford E. Cook, Ledyard National Bank, Susan M. Renaud, Sheehan Phinney Bass & Green, P.A.**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Bette Jean Plant by and through her Next Friend, Cheryl R. Baity**
**77 West Ave.**
**Darien, CT 06820**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – S Denault
―――――――――――――――――――――
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2026-01-08 11:07:10**, Clerk USDC CTD

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) **Baker Newman Noyes**
was received by me on (date) **Jan. 09, 2026**.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) **Kim Pecora Principal**, who is
designated by law to accept service of process on behalf of (name of organization) **Baker Newman Noyes** on (date) **01/09/2026** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify): _____

My fees are $_____ for travel and $_____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: **01/13/2026**

Before Me 1/13/26
Joshua Collins
Notary
Exp 1/31/27

[Notary Seal: JOSHUA COLLINS NOTARY COMMISSION No. 157.0012918 PUBLIC STATE OF VERMONT]

Servers signature

**Sarah Sieber**
Printed name and title

**37 Pine Pl. Burlington, VT**
Servers address

Additional information regarding attempted service, etc: