UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETTE JEAN PLANT, ET AL., | CIVIL ACTION NO.: |
| Plaintiffs, | 3:25-CV-01229-OAW |
| v. | |
| TYRONE McMILLAN, ET AL., | JANUARY 20, 2026 |
| Defendants. | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7(b), the Defendants, Bradford E. Cook and Sheehan Phinney Bass & Green, P.A, respectfully move this Court for an extension of time to respond to Plaintiff's Amended Complaint which was filed on January 6, 2026.  Defendants were served with the Summons and Complaint on January 9, 2026, so the current deadline to file a responsive pleading is January 30, 2026.  Importantly, this Court issued a Show Cause Order on January 8, 2026, in which the Plaintiff was ordered to show cause as to why this action should not be dismissed on or before January 30, 2026.  The failure of the plaintiff to show cause as to why the action should not be dismissed for the reasons articulated in the Show Cause Order, will result in the dismissal of the action and obviate the need for Defendants to file a responsive pleading.

Wherefore, Defendants have shown good cause for this request for an extension of thirty days from this Court's ruling the Show Cause Order within which to file a responsive pleading.

Such an extension will eliminate the need for Defendants to make any filings with this court which could be rendered moot or unnecessary in the event the court decides that the plaintiff has failed to show cause.

Pursuant to Local Rule 7(b), this is the first extension of time sought by the Defendants. Undersigned counsel has inquired via email on January 16, 2026, as to the plaintiff's position on this Motion and have not, as of this filing, received a response.  Counsel for Defendant Bakey Newman Noyes, LLC consents to this Motion.

Wherefore, Defendants respectfully request that this Court their motion for an extension of time to file a responsive pleading to Plaintiff's Amended Complaint be allowed.

> DEFENDANTS,
> BRADFORD E. COOK AND SHEEHAN
> PHINNEY BASS & GREEN, P.A.
>
> By:  /s/ *James L. Brawley*
> James L. Brawley
> jbrawley@morrisonmahoney.com
> ct17321
> Megan H. DeFrank
> mdefrank@morrisonmahoney.com
> ct31507
> Morrison Mahoney LLP
> One Constitution Plaza, 10th Floor
> Hartford, CT 06103
> Phone:    860-616-4441
> Fax:        860-244-3800

2

## **CERTIFICATION**

      I hereby certify that on this same date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ *James L. Brawley*
      James L. Brawley (ct17321)

3

MORRISON MAHONEY LLP• COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103
860-616-4441• JURIS NO. 404459