UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BETTE JEAN PLANT,

Plaintiff,

v.

BRADFORD E. COOK, et al.,

Defendants.

Civil Action No. 3:25-cv-01229-OAW

MOTION FOR LEAVE TO LODGE CONFIDENTIAL MEDICAL EXHIBIT UNDER SEAL FOR IN CAMERA REVIEW ONLY

AND TO CURE PROCEDURAL FORMAT

Cheryl Baity, Movant, respectfully moves for leave to lodge a limited confidential medical exhibit under seal for **in camera review only**, in connection with the Court's Order to Show Cause and Movant's request for protective relief under Federal Rule of Civil Procedure 17(c).

This motion is submitted solely to comply with procedural format and to avoid any misunderstanding that Movant delayed or disregarded required procedure.

**BACKGROUND**

1. On January 8, 2026, the Court issued an Order to Show Cause raising threshold concerns regarding Movant's capacity to proceed on behalf of Plaintiff and issues under Federal Rule of Civil Procedure 17. (ECF No. 25.)
2. On January 28, 2026, Movant filed a Response to the Order to Show Cause (ECF No. 38) seeking protective relief under Fed. R. Civ. P. 17(c), including appointment of a guardian ad litem or other appropriate order.
3. The January 28 filing referenced a **limited confidential medical exhibit** intended solely to establish Plaintiff's present ability to participate in litigation and to assist the Court in determining what protective measures are required under Rule 17(c).
4. Movant has **not filed the confidential exhibit on the public docket** and **does not seek public disclosure** of any private medical information.

**PROCEDURAL CLARIFICATION AND GOOD-FAITH COMPLIANCE**

5. Movant is not counsel and has restricted access to filing options in CM/ECF.
6. On January 29, 2026, Movant contacted the Clerk's Office to confirm how to present a request to submit confidential material for the Court's review and was advised that the filing appeared procedurally proper.

7. Upon subsequent inquiry, Movant was advised that the request should be presented as a **standalone motion to seal/lodge under seal** rather than as an attachment within another filing.

8. Movant submits this motion to cure any perceived defect in format, **without changing the substance or timing** of the original request.

**GROUNDS FOR SEALING AND IN CAMERA REVIEW**

9. The proposed exhibit contains **private medical information** of the Plaintiff. Public filing would unnecessarily invade privacy and is not required for adjudication of the threshold Rule 17(c) issue.

10. Movant requests that the exhibit be lodged under seal **for in camera review only** and not served on Defendants absent further order of the Court.

11. The requested sealing is narrowly tailored: Movant seeks to seal only the medical exhibit, not the motion, and only for the limited purpose of enabling the Court to determine what protective measures are necessary under Rule 17(c).

**REQUEST FOR RELIEF**

WHEREFORE, Movant respectfully requests that the Court:

a. Grant leave to lodge the confidential medical exhibit under seal for **in camera review only**;

b. Direct the Clerk to accept the exhibit in paper form in a sealed envelope pending the Court's order, or otherwise provide instructions for submission;

c. Alternatively, if the Court prefers a different format, grant leave to re-submit in the form the

Court deems proper; and

d. Clarify that Movant's January 28, 2026 submission was timely and made in good faith.

Respectfully submitted,

/s/ **Cheryl Baity**

Cheryl Baity

77 West Avenue

Darien, CT 06820

(203) 970-0602

cherylbaity@gmail.com

Dated: **February 5, 2026**

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 5, 2026**, I served a copy of the foregoing Motion for Leave to Lodge Confidential Medical Exhibit Under Seal for In Camera Review Only on all counsel of record via the Court's CM/ECF system.

**NOTE:** No confidential medical exhibit has been filed on the public docket or served on Defendants.

/s/ **Cheryl Baity**