UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**BETTE JEAN PLANT,**
Plaintiff,

v. Civil Action No. **3:25-cv-01229-OAW**

**BRADFORD E. COOK, et al.,**
Defendants.

**NOTICE OF COMPLIANCE AND CLARIFICATION REGARDING SEALED MEDICAL EXHIBIT**

(Re: Order dated February 9, 2026 granting Motion to Seal)

Movant Cheryl Baity respectfully submits this notice to comply with, and to acknowledge, the Court's Order dated February 9, 2026 granting the Motion to Seal (ECF No. 39).

Movant is grateful for the Court's prompt attention to this issue and understands the Court's clarification that materials the Court may review in connection with the Rule 17(c)(2) standing/capacity inquiry constitute judicial documents subject to the presumption of public access, and therefore must be **docketed**, even if filed **under seal**.

To avoid any confusion, Movant confirms that she is **not** requesting that the medical records be submitted outside the docket, nor is she requesting any procedure inconsistent with the Court's Order. Movant seeks only to file the limited medical records **under seal** as directed by the Court.

In accordance with the Court's instruction, Movant will provide a hard copy of the medical records to the Clerk of Court on or before **February 13, 2026**, for docketing **under seal**.

Respectfully submitted,

Dated: February 13, 2026

/s/ **Cheryl Baity**
Cheryl Baity
77 West Ave.
Darien, CT 06820
Telephone: (203) 970-0602
Email: Cherylbaity@gmail.com

**C. CERTIFICATE OF SERVICE**

4

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BETTE JEAN PLANT                 Civil Action No. 3:25-cv-01229-OAW

v.

BRADFORD E. COOK, et al.

SEALED MEDICAL RECORDS

Submitted pursuant to the Court's February 9, 2026 Order granting Motion to Seal (ECF No. 39).

TO BE DOCKETED UNDER SEAL.

Submitted by: Cheryl Baity

Date: February _13_, 2026

## CERTIFICATE OF SERVICE

I certify that on February 15, 2026, I served the foregoing **Notice of Compliance and Clarification Regarding Sealed Medical Exhibit** on all counsel of record via the Court's CM/ECF system.

/s/ Cheryl Baity
Cheryl Baity